## Commonwealth *v.* Cook, Appellant.

Submitted November 12, 1973. *Dante G. Bertani,* Public Defender, for appellant; *Henry A. Martin,* First Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Corcoran, Appellant.

Argued November 12, 1973. *Thomas W. Kuster,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.